IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEPHON JAMAR MOORE                                              PLAINTIFF

v.                         No. 3:25-cv-21-DPM

WILLIAM CORKER, Jailer, Cross County
Jail and ARLENE CLEMENTS, Jailer,
Cross County Jail                                               DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Moore still hasn't pleaded enough facts to state a plausible excessive force claim in his amended complaint. The case will be dismissed without prejudice. That means Moore is free to file a new lawsuit alleging more facts if he so chooses.

Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 April 2025