IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEPHON JAMAR MOORE                                        PLAINTIFF

v.                          No. 3:25-cv-21-DPM

WILLIAM CORKER, Jailer, Cross County
Jail and ARLENE CLEMENTS, Jailer,
Cross County Jail                                          DEFENDANTS

## JUDGMENT

Moore's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 April 2025